No. —, original. In the Matter of the Petition of Committee for Industrial Organization, American Civil Liberties Union, et al., for a Writ of Mandamus

AND/OR PROHIBITION, *v.* HON. J. WARREN DAVIS, HON. JOSEPH BUFFINGTON, HON. J. WHITAKER THOMPSON, HON. ALBERT BRANSON MARIS, AND HON. JOHN BIGGS, JR., UNITED STATES CIRCUIT JUDGES OF THE THIRD JUDICIAL CIRCUIT; and

No. —. COMMITTEE FOR INDUSTRIAL ORGANIZATION, AMERICAN CIVIL LIBERTIES UNION, ET AL. *v.* HAGUE ET AL. November 21, 1938. Motion for leave to file petition for a writ of mandamus and/or prohibition, for a rule to show cause why a writ of certiorari should not issue, and for interim stay, denied without prejudice to a petition for writ of certiorari in accordance with the Rules of this Court.